THE PEOPLE OF THE STATE OF NEW YORK ex rel. NATHANIEL I. BECKER, Appellant, against WARDEN OF BELLEVUE PRISON WARD et al., Respondents.— As relator-appellant was held in lawful custody of the warden by virtue of a lawful order of a Judge of the Court of General Sessions of the County of New York, entered on January 5, 1951, directing that relator-appellant be committed to the Psychiatric Division of Bellevue Hospital in the borough of Manhattan of the city of New York, for a reasonable period for treatment, observation, examination and report as to his mental and physical condition, pursuant to chapter V of title XII of part IV of the Code of Criminal Procedure (§§ 658–662-b), the order of Special Term dismissing the writ of habeas corpus was proper and should be affirmed. Moreover, relator-appellant is now held under a lawful order of commitment of a Judge of the Court of General Sessions of the County of New York, entered on January 23, 1951, directing that relator-appellant be formally examined in accordance with the provisions of the Code of Criminal Procedure to determine the question of his sanity. Order unanimously affirmed. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Heffernan, JJ.

In the Matter of Arbitration between INDUSTRIAL UNION OF MARINE AND SHIPBUILDING WORKERS OF AMERICA, LOCAL 39, C.I.O., Respondent, and TODD SHIPYARDS CORPORATION, Appellant.— Upon remission of this matter to this court by the Court of Appeals for consideration of the questions of discretion presented (301 N. Y. 616), we find that in the exercise of discretion the matter should be remitted to the same arbitrator rather than to a different one, and modify the order appealed from accordingly, but without costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.